NOT RECOMMENDED FOR PUBLICATION
File Name: 16a0369n.06

No. 15-5649


## UNITED STATES COURTS OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| KELSEY R. WOOD, | ) | **FILED** |
| | ) | Jun 30, 2016 |
| Plaintiff-Appellant, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| TECHNOLOGY FOR ENERGY CORPORATION, | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF TENNESSEE |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

**BEFORE:** **NORRIS, BATCHELDER, and SUTTON, Circuit Judges.**

**ALICE M. BATCHELDER, Circuit Judge.** Kelsey R. Wood alleges that Technology for Energy Corporation ("TEC") violated the Equal Pay Act, 29 U.S.C. § 206(d), *et seq.*; the Tennessee Human Rights Act, Tenn. Code Ann. § 4-21-101, *et seq.*; and Tenn. Code Ann. § 50-2-202 when it paid her a salary and bonuses lower than those of her male coworkers. The district court entered an order granting TEC's motion for summary judgment with a memorandum opinion setting forth the reasons for its decision. On appeal, Wood argues that the district court erred by granting TEC's motion for summary judgment because her salary and bonus violated the Equal Pay Act.

After carefully reviewing the record, the applicable law, and the parties' briefs, we are convinced that the district court did not err in its conclusions. The district court's opinion carefully and correctly sets out the undisputed facts and the law governing the issues raised, and clearly articulates the reasons underlying its decision. Thus, issuance of a full written opinion by

this court would serve no useful purpose. Accordingly, for the reasons stated in the district court's opinion, we AFFIRM.